U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JAN 2 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HOWARD TALKS | : | **DOCKET NO. 2:06 CV 0952** |
| VS. | : | **JUDGE MINALDI** |
| ERHC ENERGY, INC. | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Having considered the Motion to Reinstate Motion to Strike or Withdraw [doc. 35], filed by the defendant ERHC Energy, Inc. ("ERHC") and the Motion to Enforce Judgment and Motion for Sanctions [doc. 36], filed by the plaintiff, Howard Talks ("Talks"),

IT IS ORDERED that this court's November 20, 2007 Order [doc. 34] on the parties' jointly submitted Motion to Dismiss Lawsuit and Adopt Judgment is hereby REINSTATED;

IT IS FURTHER ORDERED that the plaintiff's Motion for Sanctions is hereby DENIED.

Lake Charles, Louisiana, this 27th day of December, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE